FILED
U.S. DISTRICT COURT
2009 MAR -6 P 2: 15
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MICHAEL RAMOS, <br><br> Plaintiff, <br><br> vs. <br><br> VERA MEDINA, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br> Case No. 2:08 CV 680 TC |

The court referred this case to Chief Magistrate Judge David Nuffer pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B). On February 17, 2009, Judge Nuffer, in a very thorough Report and Recommendation, recommended that Plaintiff's case be remanded to the state court because this court lacked subject matter jurisdiction.

The parties were given ten days to file objections to the Report and Recommendation and were cautioned that failure to file an objection could constitute waiver thereof upon subsequent review. No objections were filed.

The court, after de novo review of the Report and Recommendation, agrees that Judge Nuffer's conclusions are correct in all respects, and hereby adopts the Report and Recommendation as the order of the court. This court lacks subject matter jurisdiction. Accordingly, Plaintiff's case is remanded to the state court.

IT IS SO ORDERED THIS __4th__ day of March, 2009.

BY THE COURT:

*[signature]*

TENA CAMPBELL
Chief Judge